# United States District Court

## Northern District of Illinois

Eastern Division

Mandik                                            **JUDGMENT IN A CIVIL CASE**

          v.                                          Case Number: 09 C 2940

Shoeless Joe's Sportsbar

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment by dismissal for want of prosecution is entered in favor of Defendant and against Plaintiff, Jason Mandik. Civil Case Terminated.

                                                              Michael W. Dobbins, Clerk of Court

Date: 10/21/2009                                _____

                                                              /s/ Rhonda Johnson, Deputy Clerk